UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OCEAN SPRAY CRANBERRIES, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DECAS CRANBERRY PRODUCTS, INC., et al., )<br>)<br>*Defendants*. )<br>) | Case No. 10-CV-11288-RWZ |

## AFFIDAVIT OF KURT FLIEGAUF

Now comes the undersigned Kurt Fliegauf under oath, and deposes and says as follows.

1. My name is Kurt Fliegauf. I am a partner at the law firm Conn Kavanaugh Rosenthal Peisch & Ford, LLP.

2. On January 12, 2011, I participated in a telephone conference with Jennifer Giordano and Al Pfeiffer of Latham Watkins to discuss Decas's answers to interrogatories and Ocean Spray's request that Decas provide additional information. I participated in the conference in a good faith effort to narrow the issues between the parties and hopefully avoid the need for motion practice.

3. During the conference, I acknowledged that it was unclear whether a formal attorney-client relationship had formed between Decas and Miller Canfield at the time of the Miller Canfield meetings.

4. Ocean Spray at footnote 4 of its brief asserts that "counsel for Decas could not even state whether its own client . . . was actively seeking an attorney-client relationship with Miller Canfield at any of these meetings." That statement is false. During the conference with

the Latham Watkins attorneys the topic of whether Decas was seeking an attorney-client relationship at the time of the Miller Canfield meetings was not discussed.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4th DAY OF FEBRUARY, 2011.

_____
Kurt B. Fliegauf

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 4th day of February, 2011.

/s/ Kurt B. Fliegauf

549753.1

2